PAIGE L. HILAND ET AL. *v.* HOWARD S. IVES ET AL.

The petition by Louis S. Pryor for leave to file a brief as amicus curiae in the appeal from the Superior Court in New Haven County is denied.

*Jack Rubin,* assistant attorney general, in opposition.

Submitted January 20—decided January 25, 1967

STEVEN M. CASTLE ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STONINGTON ET AL.

The motion by the defendant Dorr-Oliver, Inc., dated December 12, 1966, to dismiss the appeal from the Court of Common Pleas in New London County is granted.

The motion by the defendant Dorr-Oliver, Inc., dated December 29, 1966, to dismiss the appeal from the Court of Common Pleas in New London County is denied.

*Richard F. Corkey,* for the appellee (defendant Dorr-Oliver, Inc.).

*Francis J. McNamara, Jr.,* for the appellants (plaintiffs).

*Joseph J. Purtill,* town counsel, appeared for the appellee (named defendant).